Leonard R. Berman
4711 SW Huber St., Suite E-3
Portland, OR 97219
(503) 473-8787
OSB # 96040

<u>ATTORNEY FOR PLAINTIFF</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | | |
|---|---|---|
| RODOLFO PORTILLO, | ) | Case No. 6:16-CV-877JR |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT |
| MARION COUNTY, ET AL | ) | |
| Defendants. | ) | |

COMES NOW LEONARD R. BERMAN and makes this declaration in support of Plaintiff's Motion for Entry of An Order To File An Amended Complaint.

1. Since receiving discovery, plaintiff has identified the K-9 officer Bernards responsible for his injuries and facts have been clarified to streamline the account of the incident.

2. In the interest of justice and judicial efficiency, amending to reflect the proper parties and facts appears to be the most efficient vehicle for making the complaint as accurate, effective and viable as possible. Defendants Marion County et al. do not object to this motion.

Dated this 9th day of February, 2017.

Respectfully Submitted,

S//S   Leonard R. Berman
_____

Leonard R. Berman, OSB #96040
ATTORNEY FOR PLAINTIFF(S)